IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:13-CV-00003-D

| | | |
|---|---|---|
| ANOVA FINANCIAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | **WITHOUT PREJUDICE** |
| | ) | |
| INSTITUTIONAL DEPOSITS CORP., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), plaintiff Anova Financial Corporation hereby gives notice of the dismissal of this action without prejudice.

This the 17th day of May, 2013.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2300 Wachovia Capitol Center
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800

Attorneys for Plaintiff
Anova Financial Corporation